IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 16-11294-HH

JOHN KADYLAK,

        Plaintiff-Appellant,

SANDY KADYLAK,

        Plaintiff,

versus

ROYAL CARIBBEAN CRUISES, LTD.,
d.b.a. Royal Caribbean International,
ENTERTAINMENT & TRAVEL ALTERNATIVES, INC.,
SERGEY DENISOV,

        Defendants-Appellees.

No. 16-12388-HH

JOHN KADYLAK,

        Plaintiff-Appellant,

SANDY KADYLAK,

        Plaintiff,

versus

ROYAL CARIBBEAN CRUISES, LTD.,
d.b.a. Royal Caribbean International,
ENTERTAINMENT & TRAVEL ALTERNATIVES, INC.,
SERGEY DENISOV,

        Defendants-Appellees.

Appeals from the United States District Court
for the Southern District of Florida

Before: TJOFLAT, MARCUS and WILSON, Circuit Judges.

BY THE COURT:

John Kadylak's motion to amend the complaint is DENIED as unnecessary. The record evidence is sufficient to cure any jurisdictional pleading deficiency in the complaint regarding the citizenship of Entertainment & Travel Alternatives, Inc. *See* 28 U.S.C. §§ 1332(c), 1653; *Travaglio v. Am. Express Co.*, 735 F.3d 1266, 1269-70 (11th Cir. 2013); *Molinos Valle Del Cibao, C. por A. v. Lama*, 633 F.3d 1330, 1342-43, 1342 n.12 (11th Cir. 2011).

In addition, because the same order and judgment are at issue in both Case No. 16-11294 and Case No. 16-12388, the later appeal, Case No. 16-12388, is hereby DISMISSED, *sua sponte*, as unnecessarily duplicative of the appeal in Case No. 16-11294. *See Nat'l Ass'n of Bds. of Pharmacy v. Bd. of Regents of the Univ. Sys. of Ga.*, 633 F.3d 1297, 1306 (11th Cir. 2011) (noting that "a subsequent Rule 54(b) certification cures a premature notice of appeal from a non-final order dismissing claims or parties"); *Robinson v. Tanner*, 798 F.2d 1378, 1385 (11th Cir. 1986) (noting that "a premature notice of appeal is valid if filed from an order dismissing a claim or party and followed by a subsequent final judgment without a new notice of appeal being filed"); *United States v. Arlt*, 567 F.2d 1295, 1296-97 (5th Cir. 1978) (noting that an "[a]ppellant is not entitled to two appeals" from the same judgment).

In light of that dismissal, Mr. Kadylak's motion to consolidate these appeals is DENIED as MOOT. The appeal in Case No. 16-11294 MAY PROCEED.